UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| PHYLLIS AUSTIN and<br>PENELOPE BURRIS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>U.S.D.A., RURAL HOUSING SERVICE,<br>et al.<br><br>    Defendants. | Case No. 1:17-cv-66 SNLJ |

## MEMORANDUM AND ORDER

In accordance with the memorandum and order entered today,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED**.

Dated this  1st  day of May, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE